

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

CALIFORNIA CONSTRUCTION TRUCKING
ASSOCIATION, INC.; DELTA CONSTRUCTION
COMPANY, INC.; SOUTHERN CALIFORNIA
CONTRACTORS ASSOCIATION; NORMAN R.
"SKIP" BROWN, WILLIAM E. DAVIS; AND
PACIFIC LEGAL FOUNDATION,

    Petitioners,

v.                           Case No. 13-1076

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

    Respondent.

**PETITION FOR REVIEW**

Pursuant to sections 307(b) and 307(d) of the Clean Air Act, 42 U.S.C. § 7607(b) and 42 U.S.C. § 7607(d), respectively, and in the alternative sections 706(2)(A)-(D) and 704 the Administrative Procedure Act, 5 U.S.C. § 706(2)(A-D) and 5 U.S.C. § 704, respectively, as well as Fed. R. App. P. 15(a), and Rule 15(a) of the Rules of this Court, California Construction Trucking Association, Inc., Delta Construction Company, Inc., Southern California Contractors Association, Norman R. "Skip" Brown, William E. Davis, and Pacific Legal Foundation hereby petition for

-1-

review of the final action of Respondent United Sates Environmental Protection Agency (EPA), denying the Petitioners' "Petition for Reconsideration of Light-Duty Vehicle Greenhouse Gas Emission Standards and Corporate Average Fuel Economy Standards; Final Rule" (attached), which EPA denial was published at 78 Fed. Reg. 5347 (Jan. 25, 2013) (attached), referencing "Denial of Reconsideration Petition on Model Year 2012-2016 Light Duty Vehicle Greenhouse Gas Emissions Standards."

DATED: March 22, 2013.

Respectfully submitted,

THEODORE HADZI-ANTICH, No. 53056
Pacific Legal Foundation
930 G Street
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorney for Petitioners

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing petition was filed with the Clerk this 22nd day of March, 2013, via Federal Express. I further certify that two copies of the foregoing petition were served this day via Federal Express, postage prepaid, upon the following:

>Robert Perciasepe
>Acting Administrator
>U.S. Environmental Protection Agency
>Mail Code 1101A
>1200 Pennsylvania Avenue, NW
>Washington, DC  20004
>
>Brenda Mallory
>Acting General Counsel
>U.S. Environmental Protection Agency
>1200 Pennsylvania Avenue, NW
>Washington, DC  20004
>
>Steven E. Silverman
>U.S. Environmental Protection Agency
>Office of the General Counsel
>1200 Pennsylvania Avenue, NW
>Ariel Rose Building
>Washington, DC  20460-0000
>
>Donald B. Verrilli Jr.
>Solicitor General
>United States Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC  20530-0001

Eric Holder, Jr.
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

_____
THEODORE HADZI-ANTICH